**Dismiss and Opinion Filed February 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-01541-CV

**ELYAHOU LAVIZADEH AND PARVANEH LAVIZADEH, TRUSTEES OF THE
ELYAHOU AND PARVANEH LAVIZADEH TRUST 2004, Appellants
V.
HIGHLAND PARK INVESTMENTS, LLC, ALI A. MOGHADAM,
FRANK C. MAMONE, SHANE C. MAMONE, KAVEH HAKIMIAN,
AND FARSHID FADAKAR, Appellees**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 07-04950-J**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice FitzGerald

Appellants have filed a motion to dismiss this appeal, stating that the parties have settled their differences. Appellees do not oppose the motion. Based on appellants' motion, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

101541F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ELYAHOU LAVIZADEH AND
PARVANEH LAVIZADEH, TRUSTEES
OF THE ELYAHOU AND PARVANEH
LAVIZADEH TRUST 2004, Appellants

No. 05-10-01541-CV          V.

HIGHLAND PARK INVESTMENTS, LLC,
ALI A. MOGHADAM, FRANK C.
MAMONE, SHANE C. MAMONE,
KAVEH HAKIMIAN, AND FARSHID
FADAKAR, Appellees

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 07-04950-J.
Opinion delivered by Justice FitzGerald.
Justices Francis and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered February 5, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE